[No. 11942-4-III.   Division Three.   November 9, 1993.]

ROY WAGONER, ET AL, *Appellants*, v. FRANK CARRUTH, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-2-01068-5, Heather Van Nuys, J., entered September 6, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Staples, J. Pro Tem.

[No. 12051-1-III.   Division Three.   November 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. VASILE CANTOR, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 91-1-00068-8, Michael E. Cooper, J., entered October 23, 1991. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson, J., and Staples, J. Pro Tem.

[No. 32292-3-I.   Division One.   November 15, 1993.]

MARK VANDEYACHT, ET AL, *Respondents*, v. T. WOOLSEY CONSTRUCTION, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-04113-8, Joseph A. Thibodeau, J., entered January 19, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 29919-1-I.   Division One.   November 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ROBERT PEASLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01578-0, Norma Smith Huggins, J., entered February 10, 1992. *Reversed* by unpublished per curiam opinion.